UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| EMILY FRANCES FRAGALA IVY WYANT, JOHN FRAGALA, and INEZ TANNEHILL FRAGALA | * * * * | CIVIL ACTION NO. SECTION |
| Plaintiffs, | * * | JUDGE |
| VERSUS | * * | MAGISTRATE |
| NATIONSTAR MORTGAGE, LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, BANK OF AMERICA, N.A., A/K/A BAC HOME LOANS SERVICING, LP, and SHAPIRO & DAIGREPONT, LLC F/K/A SHAPIRO & MENTZ, LLC | * * * * * * * | |
| Defendants | * * | |

*******************************************

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendants, Nationstar Mortgage, LLC f/k/a Centex Home Equity Company, LLC ("Nationstar"), Bank of America, N.A. a/k/a BAC Home Loans Servicing, LP ("Bank of America"), and Shapiro & Daigrepont, LLC f/k/a Shapiro & Mentz, LLC ("Shapiro") (collectively "Defendants"), submit this joint Notice of Removal and state as follows:

1.     This Court's subject matter jurisdiction is based upon federal question jurisdiction under 28 U.S.C. § 1331.  Removal of this case to this Court is authorized by 28 U.S.C. §§ 1441 and 1446.

2.     On or around January 10, 2014, Emily Frances Fragala Ivy Wyant, John Fragala, and Inez Tannehill Fragala (collectively "Plaintiffs") commenced a proceeding against Defendants in the 5th Judicial District Court for the Parish of Richland, State of Louisiana,

captioned *Emily Frances Fragala Ivy Wyant, et al. v. Nationstar Mortgage, LLC f/k/a Centex Home Equity Company, LLC, et al.*, No. 43,801, Division B (the "State Court Proceeding"). A copy of the original Petition and all other process, pleadings, and orders in the record in the State Court Proceeding as of the date of removal are attached hereto as Exhibit A.

    A.    **Federal Question Jurisdiction.**

    3.    In their Petition, Plaintiffs make a series of allegations claims arising from their mortgage loan payoff and the credit reporting of that mortgage loan. (*See* generally Petition ¶¶ 9 – 61.)

    4.    Based on their allegations, Plaintiffs claim that Defendants violated the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*, the federal Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601 *et seq.*, and the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*. (*See* Petition ¶¶ 62 – 69.) Plaintiffs also assert a variety of state-law claims.

    5.    "[A] civil action filed in a state court may be removed to federal court if the claim is one 'arising under' federal law." *Beneficial Nat'l. Bank v. Anderson*, 539 U.S. 1, 6 (2003). In light of Plaintiffs' allegations (and claims for relief) that Defendants violated federal statutes, including the FCRA, RESPA, and the FDCPA, Plaintiffs' claims arise under federal law and this Court has original jurisdiction over this case.

    6.    This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over the state law claims asserted by Plaintiffs. 28 U.S.C. § 1367. Supplemental jurisdiction over such claims exists when the state law claims are so related to the federal claims that they form part of the same case or controversy or are based on a "common nucleus of operative fact." *Halmekangas v. State Farm Fire and Casualty Co.*, 603 F.3d 290, 293 (5th Cir. 2010). In this case, Plaintiffs'

state law claims are based on the same set of operative facts that form the basis for the federal claims, and as such, the state law claims are part of the same case or controversy.

   **B.**  **Removal Procedural Requirements.**

  7.  This removal is timely filed in accordance with 28 U.S.C. § 1446, as it is being filed within 30 days of service. (*See* Exh. A at Service Returns.)

  8.  By filing this Notice of Removal, Defendants do not waive their rights to object to service of process, sufficiency of process, jurisdiction over the subject matter, jurisdiction over the person, venue, or to assert any other applicable defenses.

  9.  A copy of this Notice of Removal will be forwarded to all parties and counsel of record and will be filed with the Clerk of Court for the Fifth Judicial District Court for the Parish of Richland as required by 28 U.S.C. § 1446(d).

  10.  All Co-Defendants have consented to removal.

  11.  Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a), because this district and division embrace the Fifth Judicial District Court for the Parish of Richland, Louisiana, the forum in which the removed action was pending.

  WHEREFORE, Defendants, Nationstar, Bank of America, and Shapiro pray that this Court assume full jurisdiction over this proceeding as provided for by law.

         Respectfully submitted

         /s/ Gabriel A. Crowson
         Gabriel A. Crowson (#28009)
         gcrowson@mcglinchey.com
         **McGlinchey Stafford, PLLC**
         601 Poydras Street, 12th Floor
         New Orleans, Louisiana 70130
         Telephone: (504) 586-1200
         Facsimile: (504) 596-2800

         *Attorneys for Defendant, Nationstar Mortgage, LLC*

/s/ Lindsay G. Faulkner
Penny M. Daigrepont (#30464)
PDaigrepont@logs.com
Lindsay G. Faulkner (#33863)
LFaulkner@logs.com
**Shapiro & Daigrepont, L.L.C.**
3510 N.Causeway Blvd., Suite 600
Metairie, Louisiana 70002
Telephone: (504) 831-7726
Facsimile: (504) 837-7622

Zara Zeringue (#22901)
zara@wmageelaw.com
**Magee Zeringue & Richardson**
207 East Gibson Street
Covington, Louisiana 70434
Telephone: (985) 893-7550
Facsimile: (985) 893-7596

*Attorneys for Shapiro & Daigrepont, LLC*


/s/ Blake B. Goodsell
Avery A. Simmons (#32942)
asimmons@babc.com
Blake B. Goodsell (#33156)
bgoodsell@babc.com
**Bradley Arant Boult Cummings LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35202
Telephone: (205) 521-8810
Facsimile: (205) 488-6810

*Attorneys for Defendant Bank of America, N.A. a/k/a BAC Home Loans Servicing, LP*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following counsel of record, via the Court's CM/ECF system and U.S. mail, this 20th day of February, 2014:

David A. Szwak
Bodenheimer, Jones & Szwak, LLC
416 Travis Street, Suite 1404
Mid South Tower
Shreveport, Louisiana 71101
*Attorneys for Plaintiffs*

Penny M. Daigrepont (#30464)
Lindsay G. Faulkner (#33863)
Shapiro & Daigrepont, L.L.C.
3510 N.Causeway Blvd., Suite 600
Metairie, Louisiana 70002

Zara Zeringue (#22901)
Magee Zeringue & Richardson
207 East Gibson Street
Covington, Louisiana 70434
*Attorneys for Shapiro & Daigrepont, LLC*

Avery A. Simmons (#32942)
Blake B. Goodsell (#33156)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35202
*Attorneys for Defendant Bank of America, N.A.*
*a/k/a BAC Home Loans Servicing, LP*

/s/ Gabriel A. Crowson
Gabriel A. Crowson

1158237.2