UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| EMILY FRANCES FRAGALA IVY WYANT, JOHN FRAGALA, and INEZ TANNEHILL FRAGALA | NUMBER:  3:14-CV-00422-RGJ-KLH |
| Versus | JUDGE JAMES |
| NATIONSTAR MORTGAGE, LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, BANK OF AMERICA, N.A. A/K/A BAC HOME LOANS SERVICING, LP, and SHAPIRO & DAIGREPONT, LLC  F/K/A SHAPIRO & MENTZ, LLC | MAGISTRATE-JUDGE HAYES |

**PLAINTIFFS' NOTICE OF SETTLEMENT**

NOW INTO COURT, come Plaintiffs EMILY FRANCES FRAGALA IVY WYANT, JOHN FRAGALA, and INEZ TANNEHILL FRAGALA, who respectfully notify this Honorable Court that plaintiffs and defendants have reached a tentative resolution of all claims in this lawsuit, the agreement is memorialized in emails between counsel for plaintiff and counsel for defendant, Nationstar, acting for all defendants, and closing papers are being exchanged and all claims in this lawsuit will be dismissed shortly.

Respectfully submitted,

**BODENHEIMER, JONES & SZWAK, LLC**

**By:** /s/ David A. Szwak
_____
**DAVID A. SZWAK, La.BR #21157**
416 Travis Street, Suite 1404, Mid South Tower
Shreveport, Louisiana 71101
[318] 424-1400
FAX  221-6555
**ATTORNEYS FOR PLAINTIFFS**

## C E R T I F I C A T E

I HEREBY CERTIFY that I have mailed, by ECF and first class mail, properly post marked and addressed, a true, correct and complete copy of the foregoing to opposing counsel of record, on this the 30th day of April, 2015.

/s/ David A. Szwak

_____
**DAVID A. SZWAK**