UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| EMILY FRANCES FRAGALA IVY WYANT, JOHN FRAGALA, and INEZ TANNEHILL FRAGALA | NUMBER:<br>  3:14-CV-00422-RGJ-KLH |
| Versus | JUDGE JAMES |
| NATIONSTAR MORTGAGE, LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, BANK OF AMERICA, N.A. A/K/A BAC HOME LOANS SERVICING, LP, and SHAPIRO & DAIGREPONT, LLC  F/K/A SHAPIRO & MENTZ, LLC | MAGISTRATE-JUDGE HAYES<br><u>JURY DEMAND</u> |

**<u>PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT<br>AND FOR STATUS CONFERENCE</u>**

NOW INTO COURT, through counsel, come Plaintiffs EMILY FRANCES FRAGALA IVY WYANT, JOHN FRAGALA, and INEZ TANNEHILL FRAGALA, who respectfully seek an order to enforce the settlement between plaintiffs and separate defendant BANK OF AMERICA, N.A. A/K/A BAC HOME LOANS SERVICING, LP, and for a status conference prior to an evidentiary hearing, if necessary, to enforce the setttlement, as follows:

1.

This case is resolved.  Plaintiffs executed closing papers.  Plaintiffs are still awaiting proceeds from defendant BANK OF AMERICA, N.A. A/K/A BAC HOME LOANS SERVICING, LP.  Plaintiffs and their counsel have all provided properly executed W-9s to BANK OF AMERICA, N.A. A/K/A BAC HOME LOANS SERVICING, LP yet BANK OF AMERICA, N.A. A/K/A BAC HOME LOANS SERVICING, LP claims that it cannot issue a check until its management is satisfied that the W-9s are proper. Undersigned has attempted to

confer multiple times with Ms. Simmons but has not received a call back. Communications with her secretarial staff resulted in more and more requests for modified W-9s, particularly from Mrs. Wyant. A signed release document was sent to defendants many weeks ago.

2.

Plaintiffs respectfully request that this Honorable Court enforce the settlement agreement perfected between plaintiffs and BANK OF AMERICA, N.A. A/K/A BAC HOME LOANS SERVICING, LP. Plaintiffs propose to have a status conference with the court in advance of an evidentiary hearing to allow plaintiffs, their counsel and undersigned's staff appear to show in detail the efforts to perfect closure of this file and receipt of the proceeds only to be thwarted along the way. Undersigned is alarmed by his inability to confer with Ms. Simmons and undersigned reached out to Mr. Goodsell, her co-counsel, to learn that Simmons is the controlling attorney for this client. BANK OF AMERICA, N.A. A/K/A BAC HOME LOANS SERVICING, LP. Undersigned believes that it is now necessary to seek court intervention in this ordeal.

3.

Plaintiffs did not file a separate memo as it would be redundant and burden the record.

WHEREFORE PLAINTIFFS PRAY that PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND FOR STATUS CONFERENCE be granted and that the relief requested be ordered.

Respectfully submitted,

**BODENHEIMER, JONES & SZWAK, LLC**

**By:**  /s/ David A. Szwak
_____
**DAVID A. SZWAK, La.BR #21157**
416 Travis Street, Suite 1404
Mid South Tower
Shreveport, Louisiana 71101
[318] 424-1400
FAX  221-6555
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATION

I HEREBY CERTIFY that I conferred with opposing counsel Mr. Goodsell by phone more than one week ago and I attempted by phone and email to communicate with Ms. Simmons with no meaningful response. This the 19th day of August, 2015.

/s/ David A. Szwak
_____
**DAVID A. SZWAK**

### C E R T I F I C A T E

I HEREBY CERTIFY that I have mailed, by ECF and by first class mail, properly post marked and addressed, a true, correct and complete copy of the foregoing to opposing counsel of record, on this the 19th day of August, 2015.

/s/ David A. Szwak
_____
**DAVID A. SZWAK**