UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| EMILY FRANCES FRAGALA IVY WYANT, JOHN FRAGALA, and INEZ TANNEHILL FRAGALA | NUMBER: 3:14-CV-00422-RGJ-KLH |
| Versus | JUDGE JAMES |
| NATIONSTAR MORTGAGE, LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, BANK OF AMERICA, N.A. A/K/A BAC HOME LOANS SERVICING, LP, and SHAPIRO & DAIGREPONT, LLC F/K/A SHAPIRO & MENTZ, LLC | MAGISTRATE-JUDGE HAYES <u>JURY DEMAND</u> |

**PLAINTIFFS' MOTION TO DISMISS SEPARATE DEFENDANTS, NATIONSTAR MORTGAGE, LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, and SHAPIRO & DAIGREPONT, LLC F/K/A SHAPIRO & MENTZ, LLC**

NOW INTO COURT, through counsel, come Plaintiffs EMILY FRANCES FRAGALA IVY WYANT, JOHN FRAGALA, and INEZ TANNEHILL FRAGALA, who respectfully seek an order dismissing, with prejudice, their claims against only the SEPARATE DEFENDANTS, NATIONSTAR MORTGAGE, LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, and SHAPIRO & DAIGREPONT, LLC F/K/A SHAPIRO & MENTZ, LLC, as follows:

1.

This case is resolved and completed as to SEPARATE DEFENDANTS, NATIONSTAR MORTGAGE, LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, and SHAPIRO & DAIGREPONT, LLC F/K/A SHAPIRO & MENTZ, LLC. Plaintiffs executed closing papers and proceeds were tendered only by SEPARATE DEFENDANTS, NATIONSTAR MORTGAGE, LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, and SHAPIRO &

DAIGREPONT, LLC F/K/A SHAPIRO & MENTZ, LLC. Plaintiffs seek an order dismissing, with prejudice, their claims against only the SEPARATE DEFENDANTS, NATIONSTAR MORTGAGE, LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, and SHAPIRO & DAIGREPONT, LLC F/K/A SHAPIRO & MENTZ, LLC.

2.

Plaintiffs did not file a separate memo as it would be redundant and burden the record.

WHEREFORE PLAINTIFFS PRAY that MOTION TO DISMISS SEPARATE DEFENDANTS, NATIONSTAR MORTGAGE, LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, and SHAPIRO & DAIGREPONT, LLC F/K/A SHAPIRO & MENTZ, LLC, be granted and that the relief requested be ordered.

Respectfully submitted,

**BODENHEIMER, JONES & SZWAK, LLC**

**By:** /s/ David A. Szwak
_____
**DAVID A. SZWAK, La.BR #21157**
416 Travis Street, Suite 1404
Mid South Tower
Shreveport, Louisiana 71101
[318] 424-1400
FAX 221-6555
**ATTORNEYS FOR PLAINTIFFS**

**C E R T I F I C A T E**

I HEREBY CERTIFY that I have mailed, by ECF and by first class mail, properly post marked and addressed, a true, correct and complete copy of the foregoing to opposing counsel of record, on this the 20th day of August, 2015.

/s/ David A. Szwak
_____
**DAVID A. SZWAK**